Braden P. Barnes / TXBN 24059423
Chandra D. Pryor / CABN 320903
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE: § § | **CASE NO. 19-20068-RLJ7** |
| **BRENDA LONG** § DEBTOR(S) § § | **CHAPTER 7** |
| **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** § § MOVANT § VS § **BRENDA LONG** § AND KENT DAVID RIES, TRUSTEE RESPONDENTS | |

**MOVANT'S LIST OF WITNESSES AND EXHIBITS**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

The following are the witnesses and exhibits, Nationstar Mortgage LLC d/b/a Mr. Cooper, as servicing agent for Federal National Mortgage Association (hereinafter referred to as "Movant"), intends to call and utilize at the final hearing on its Motion for Relief from Stay Against Property.

Movant's Witnesses

1. Attorney for Movant
2. Debtor(s)
3. Attorney for Debtor

Movant's Exhibits

Exhibit 1    Affidavit

    Respectfully submitted,
    Bonial & Associates, P.C.

    /s/ Chandra D. Pryor
    Braden P. Barnes / TXBN 24059423
    Chandra D. Pryor / CABN 320903
    Attorneys and Counselors
    14841 Dallas Parkway, Suite 425
    Dallas, Texas 75254
    (972) 643-6600/(972) 643-6698 (Telecopier)
    E-mail: BkcyAttorneys@BonialPC.com
    Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 29th day of April 2019:

Debtor               *Via U.S. Mail*
Brenda Long
4900 Reding Rd
Amarillo, TX 79108-6836


Debtor's Attorney
Patrick Alan Swindell
Swindell Law Firm
106 SW 7th Ave
Amarillo, TX 79101-2518

Chapter 7 Trustee
Kent David Ries
2700 S Western Street Suite 300
Amarillo, Texas 79106


US Trustee
Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Lane & Countryman
Attorney at Law
8526 N New Braunfels
San Antonio, TX 78217

   19-20068-RLJ7                                               /s/ Chandra D. Pryor
                                                                          Braden P. Barnes
                                                                          Chandra D. Pryor