Patrick A. Swindell
Swindell Law Firm
106 SW 7th Ave.
Amarillo, TX 79101
(806) 374-7979
(806) 374-1991 FAX

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

**IN RE:**

|  |  |
|---|---|
| **Brenda Long** | § CASE NO. 19-20068-rlj-7 |
| **DEBTOR** | § |

**RESPONSE TO MOTION TO RELIEF FROM STAY OF**
**NATIONSTAR MORTGAGE LLC**

The Petitioner herein would respectfully show unto the Court:

NOW COMES, Brenda Long, DEBTOR, in the above styled and numbered cause and in response to the Motion for Relief from Stay of Nationstar Mortgage LLC in regard to the real property located at 4900 Reding Rd., Amarillo, TX 79108.

Debtor respectfully shows as follows:

1. The allegation of Nationstar Mortgage LLC in paragraphs 1 and 2 of its Motion are admitted.

2. In response to the allegations of Nationstar Mortgage LLC in paragraphs 3, 5, 6, 7 and 8 we are without sufficient knowledge or information to admit or deny.

3. The allegations of Nationstar Mortgage LLC in paragraph 4 of its Motion are denied.

**WHEREFORE, PREMISES CONSIDERED**, Debtor respectfully prays that the Court deny all relief requested by Movant, that the Court and for such other relief in law and equity as the Court deems just.

Dated: May 8, 2019

          Respectfully submitted,

          Swindell Law Firm
          106 SW 7th Ave.
          Amarillo, TX 79101
          (806) 374-7979
          (806) 374-1991 FAX

          By: /s/ Patrick A. Swindell
             Patrick A. Swindell
             State Bar No. 19587450
             Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 8, 2019, a true and correct copy of the foregoing Response to Motion for Relief from Stay was served on the following parties in interest via US mail or ECF notification:

CHAPTER 7 TRUSTEE
Kent Ries
2700 S. Western, Ste. 300
Amarillo, TX 79106

U.S. TRUSTEE
William T. Neary
1100 Commerce, Ste. 976
Dallas, TX 75242

OPPOSING COUNSEL
Chandra Pryor
14841 Dallas Pkwy., Ste. 425
Dallas, TX 75254

DEBTOR
Brenda Long
4900 Reding Rd
Amarillo, TX 79106

          /s/ Patrick A. Swindell
          Patrick A. Swindell